IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Phoenix Energy, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Breitling Royalties Corporation, | ) | |
| | ) | Case No. 4:13-cv-090 |
| Defendants. | ) | |

Before the court are motions for attorneys Jason R. Mills and Graham K. Simms to appear *pro hac vice* on behalf plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jason R. Mills and Graham K. Simms have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 4 and 5) are **GRANTED**. Attorneys Jason R. Mills and Graham K. Simms are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court